

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Kelly Cross, Judge Presiding

## O R D E R

The clerk's record was due May 29, 2015, but was not filed. On June 3, 2015, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

The clerk also stating in the notice that appellant has filed to file a designation of materials to be included in the clerk's record. **We advise the clerk that appellant is not required to file a designation of materials to be included in the clerk's record**. *See* TEX. R. APP. P. 35.3(a), 34.5(a), (b). Rather, the clerk must include in the record those items set out in Rule 34.5(a), as well as any additional documents designated by appellant. *Id.* R. 34.5(a). However, before the clerk is required to prepare, certify, and file the clerk's record, appellant must either establish his inability to proceed without paying costs, *see id.* R. 20.1, or make satisfactory arrangements to pay the clerk's fee. *See id.* R. 35.3(a).

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **June 15, 2015**, that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee, or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See id.* R. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.



Keith E. Hottle
Clerk of Court